**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter | 7 |
| Jivesh Singh Toor | ) | No. | 21-00687 |
| | ) | Judge | Carol A. Doyle |
| Debtor. | ) | | |
| Diana McCarty | ) | | |
| Plaintiff | ) | | |
| v. | ) | Adv. No. | 21-00221 |
| Jivesh Singh Toor | ) | | |
| Defendant | ) | | |

## NOTICE OF MOTION

**TO:**
Patrick Layng, US Trustee, 219 S. Dearborn Street, Room 873, Chicago, IL 60604 *via ECF only*
Norman B. Newman**,** 30 N. LaSalle St.,#3000, Chicago, IL 60602 *via ECF only*
Michael A. Brandess, 30 N. LaSalle St., #3000, Chicago, IL 60602 *via ECF only*
Diana McCarty c/o Bach Law Offices, Inc., PO Box 1285, Northbrook, IL 60062 *via U.S. Mail*
Jivesh Singh Toor**,** 1016 N. Kingsbury St., Chicago, IL 60611 *via U.S. Mail*

PLEASE TAKE NOTICE that on the 6th day of January, 2022 at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before The Honorable Carol A. Doyle, U.S. Bankruptcy Judge or before any other bankruptcy Judge sitting instead, and shall then and there move the court for the entry of an order in accordance with the attached **Motion to Extend Time to Answer or Otherwise Respond**, a copy of which is attached hereto and made a part hereof.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the Judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of

Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

**Law Offices of Daniel J. Winter**
Daniel J. Winter # 6208223
3330 Old Glenview Rd., #16
Wilmette, IL 60091
(312) 427-1613

**CERTIFICATE OF SERVICE**

Daniel J. Winter, an attorney, being first duly sworn on oath deposes and says that he mailed a copy of the above Notice, together with the Motion attached, to the parties listed above by placing same in a duly stamped and sealed envelope and depositing same in the United States mail, proper postage prepaid, this 15th day of December, 2021, to the parties as indicated on the attached list, and Via ECF Only as indicated above.

/s/ Daniel J. Winter

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: ) | Chapter | 7 | |
| Jivesh Singh Toor ) | No. | 21-00687 | |
| ) | Judge | Carol A. Doyle | |
| Debtor. ) | | | |
| Diana McCarty ) | | | |
| Plaintiff ) | | | |
| v. ) | Adv. No. | 21-00221 | |
| Jivesh Singh Toor ) | | | |
| Defendant ) | | | |

### MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

Jivesh Singh Toor ("Debtor" or "Defendant"), by and through his attorney, Daniel J. Winter, respectfully moves this Court to extend the time for Defendant to file his answer or otherwise respond. In support of this motion, the Defendant states as follows:

1. On January 19, 2021, the Defendant filed a petition for relief pursuant to Chapter 7 of the Bankruptcy Code.

2. On November 23, 2021, the Plaintiff filed the instant Adversary Complaint for objecting to the dischargeability of a certain debt under Section 523 of the Bankruptcy Code. ("Complaint")

3. The Summons was issued on November 23, 2021, and an Answer is due on December 23, 2021.

4. The initial status hearing in this matter is scheduled for January 6, 2022.

5. The Complaint is 78 paragraphs long and very detailed, and Counsel is currently discussing the detailed allegations with the Defendant to properly respond.

6. Plaintiff conducted extensive discovery before filing her Complaint 10 months after the Bankruptcy Petition was filed and to address the allegations properly, Defendant and Counsel need the additional time requested.

7. Defendant requests that the deadline to answer or otherwise respond be extended to February 15, 2022.

**WHEREFORE,** Defendant requests that this Honorable Court extend the time to answer or otherwise respond to February 15, 2022, and for any other relief as this Court deems just and proper.

> Respectfully Submitted,
> **Jivesh Singh Toor,**
> **Defendant**
>
> By:__/s/Daniel J. Winter_____
> Attorney for the Defendant

**Law Offices of Daniel J. Winter**
Daniel J. Winter # 6208223
3330 Old Glenview Rd., #16
Wilmette, IL 60091
(312) 427-1613